# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

*ADR*

BAY AREA PAINTERS AND TAPERS PENSION
TRUST FUNDS, et al.

v.

MLR DRYWALL SERVICES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C08-02833** *MMC*

TO: (Name and address of defendant)

Mary Rose Reid, Agent for Service of Process
MLR Drywall Services, Inc.
18336 Deer Hill Road
Hidden Valley Lake, California 95467

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shaamini A. Babu, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, California 94104

an answer to the complaint which is herewith served upon you, within $20$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE    JUN - 6 2008

CYNTHIA LENAHAN

(BY) DEPUTY CLERK