POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Shaamini A. Babu, Esq. (SBN 230704)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery, Suite 2110, San Francisco, CA 94104<br>TELEPHONE NO.: 415-882-7900    FAX NO. *(Optional)*: 415-882-9287<br>E-MAIL ADDRESS *(Optional)*: sbabu@sjlawcorp.com<br>ATTORNEY FOR *(Name)*: Plaintiffs, Bay Area Painters & Tapers Pension Trust Funds, et al. | |

United States District Court, Northern District of California
STREET ADDRESS: 450 Golden Gate Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, California 94102-3483
BRANCH NAME:

PLAINTIFF/PETITIONER: Bay Area Painters & Tapers Pension Trust Funds, et al.

DEFENDANT/RESPONDENT: MLR Drywall, Inc.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>C08-2833 MMC |
|---|---|

TO *(insert name of party being served)*: MLR Drywall Services, Inc.

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: June 17, 2008

Vanessa de Fabrega
(TYPE OR PRINT NAME)

▶ _/s/ Vanessa de Fabrega_
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:

1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify)*:
    See attached.

*(To be completed by recipient)*:

Date this form is signed: June 24, 2008

Dave Reid
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ _/s/ Dave Reid_
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL

Page 1 of 1
Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

<u>BAY AREA PAINTERS & TAPERS PENSION TRUST FUNDS, et al.</u>
<u>v. MLR DRYWALL SERVICES, INC.</u>
USDC Case No.: C08-2833 MMC

<u>LIST OF DOCUMENTS SERVED</u>:

1)   SUMMONS;

2)   COMPLAINT;

3)   DISPUTE RESOLUTION PROCEDURES in the NORTHERN DISTRICT of CALIFORNIA;

4)   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

5)   CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS;

6)   INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS;

7)   STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS;

8)   NOTICE OF NEED FOR ADR PHONE CONFERENCE;

9)   ADR CERTIFICATION BY PARTIES AND COUNSEL;

10)  NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA;

11)  ECF REGISTRATION INFORMATION HANDOUT; and

12)  WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO.